IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| YONLI IBRAHIM, | | |
| Petitioner, | **8:21CV185** | |
| vs. | | |
| KIRSTEN NIELSEN, Secretary of the Department of Homeland Security; JEFFERSON BEAUREGARD, Sessions III, Attorney General of the United States; MERRICK GARLAND, Director of the Field Office; DARRELL R. WOODS, Warden; and PAUL CAPIAHIONI, | **ORDER** | |
| Respondents. | | |

IT IS ORDERED that Petitioner shall update his mailing address with the court, and notify the court whether he remains in custody. Petitioner's response must be filed no later than June 4, 2021. Petitioner's failure to comply in a timely fashion with this order shall result in dismissal of this case without prejudice.

Dated this 18th day of May, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge