IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IBRAHIM YONLI,<br><br>                  Petitioner,<br><br>vs.<br><br>KIRSTEN NIELSEN, Secretary of the Department of Homeland Security; JEFFERSON BEAUREGARD, Sessions III, Attorney General of the United States; MERRICK GARLAND, Director of the Field Office; DARRELL R. WOODS, Warden; and PAUL CAPIAHIONI,<br><br>                  Respondents. | 8:21CV185<br><br>ORDER |

      Petitioner filed a Petition for Writ of Habeas Corpus (Filing 1) and a Motion for Leave to Proceed in Forma Pauperis (Filing 2). Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 filing fee. 28 U.S.C. § 1914(a). However, after considering Petitioner's financial status as shown in the records of this court (*see* inmate trust account statement at Filing 8), leave to proceed in forma pauperis will be granted and Petitioner is relieved from paying the filing fee. *See* 28 U.S.C. § 1915(a)(1).

      IT IS THEREFORE ORDERED that: Petitioner's Motion for Leave to Proceed in Forma Pauperis (Filing 2) is granted. The next step in this case is for the court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases. The court will conduct this review in its normal course of business.

      Dated this 25th day of May, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge