IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IBRAHIM YONLI,<br><br>              Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA, by and through Alejandro Mayorkas, Secretary of Homeland Security; and MICHAEL MYERS, Director of Douglas County Department of Corrections;<br><br>              Respondents. | **8:21CV185**<br><br>**ORDER** |

      This matter is before the court on its own motion. On July 14, 2021, Respondents filed Notices of Mail Return (Filing 20, Filing 21). Petitioner has an obligation to keep the court informed of his current address at all times. *See NEGenR* 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Petitioner's whereabouts remain unknown.

      IT IS THEREFORE ORDERED that:

      1.     Petitioner must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Petitioner.

      2.     The clerk of the court is directed to set a pro se case management deadline in this case using the following text: September 1, 2021: check for address.

August 2, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge